E-filing

STEPHEN M. HAYES (SBN 83583)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

ROBERT S. McLAY (SBN 176661)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
770 L Street, Suite 950
Sacramento, California 95814
Telephone: 916.449.3958
Facsimile: 916.449.8256

Attorney for Defendants
RICHARD STORELEE and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (erroneously sued as STATE FARM INSURANCE, INC.)

FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE SAMIEIAN, an individual; and MOE'S HOME COLLECTION, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD STORELEE, an individual; STATE FARM INSURANCE, INC., a foreign insurance company; and DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE No. C08-03918<br><br>[State Court Action: 08397801]<br><br>**DECLARATION OF ROBERT S. McLAY IN SUPPORT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF REMOVAL OF STATE ACTION UNDER 28 U.S.C. SECTION 1332, 1441(a) [DIVERSITY JURISDICTION]** |

ADR BZ

B' -AX

I, ROBERT S. McLAY, declare as follows:

1. I am an attorney at law licensed to practice before all of the United States District Courts within the State of California. I am a member of the law firm of Hayes Davis Bonino Ellingson McLay & Scott, LLP, attorneys of record for Defendants State Farm Mutual Automobile Insurance Company and Richard Storelee (hereinafter collectively referred to as "State Farm") in the above-

-1-

**DECLARATION OF ROBERT S. McLAY IN SUPPORT OF STATE FARM'S NOTICE OF REMOVAL OF CIVIL ACTION**

1  referenced matter. If called as a witness, I would competently testify to the following facts, all of
2  which are within my personal knowledge.
3      2. Attached hereto as Exhibit "B" are true and correct copies of Moe's Home Collection,
4  LLC's ("Moe's LLC") Record, Articles of Organization, and its Statement of Information filed with
5  the California Secretary of State in 1999, 2001, 2003, 2005 and 2007, that show that Plaintiff Moe
6  Samieian is the only member of Moe's LLC and that he is a citizen of Vancouver, B.C., Canada.
7      3. Attached hereto as Exhibit "C" is a true and correct copy of an article regarding
8  Plaintiffs Moe Samieian and Moe's LLC that is found on Moe's LLC's website
9  (http://www.moeshomecollection.com/news.php).
10      I declare under the penalty of perjury under the laws of the United States of America that the
11  above is true and correct.
12      Executed on August 15, 2008, at Sacramento, California.

                        _____
                        ROBERT S. McLAY

-2-
DECLARATION OF ROBERT S. McLAY IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION

**Exhibit "B"**

```
  SSLPHM0                VIEW A LIMITED LIABILITY RECORD
  FILE NUMBER: 199913110050  DATE: 05/07/99    STATUS: A   FILING TYPE: DOMESTIC
  CALIF NAME:     MOE'S HOME COLLECTION, LLC


  FOREIGN NAME:


  ELEC:                                  LLC JURISDICTION: CA
  EXEC OFFICE ADDRESS: 1099 ESSEX AVENUE 1ST FLOOR
  EXEC OFFICE CITY: RICHMOND             STATE/CNTRY: CA ZIP CODE: 94801

  CALIF OFFICE ADDRESS: 1099 ESSEX AVENUE 1ST FLOOR
  CALIF OFFICE CITY: RICHMOND                          ZIP CODE: 94801

  ORIG NUMBER:                    ORIG DATE:           ORIG COUNTY:

  AGENT NAME: MOEHAMED SAMIEIAN
  AGENT ADDRESS: 1099 ESSEX AVENUE 1ST FLOOR

  AGENT CITY: RICHMOND                   STATE: CA     ZIP CODE: 94801

  TERM/LP:                               NO. OF AMENDS: 5  TOTAL PAGES 6
  LLC MGMT CODE: 1     BUSINESS TYPE: WHOLESALE SALES OF FURNITURE

  GP/MGR/MEMB:     MOHAMED SAMIEIAN

  GP/MGR/MEMB ADDRESS:      2360 GRANVILLE ST
  GP/MGR/MEMB CITY:      VANCOUVER BC            STATE: CD  ZIP CODE: YGH3GE

  GP/MGR/MEMB:

  GP/MGR/MEMB ADDRESS:
  GP/MGR/MEMB CITY:                      STATE:     ZIP CODE:

  GP/MGR/MEMB:

  GP/MGR/MEMB ADDRESS:
  GP/MGR/MEMB CITY:                      STATE:     ZIP CODE:
  THERE ARE NO MORE GP/MGR/MEMBS
     PF2=MODIFY REC   PF3=AMEND REC   PF9=AMENDMENT HISTORY
                                                     CLEAR=MAIN MENU
```



# State of California
# Bill Jones
## Secretary of State

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.
IMPORTANT – Read instructions before completing this form.

File# 199913110050

**FILED**
In the office of the Secretary of State of the State of California

MAY 07 1999

*Bill Jones*
BILL JONES, Secretary of State

This Space For Filing Use Only

---

1. Name of the limited liability company (and the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")
   MOE'S HOME COLLECTION, LLC

2. The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the Beverly-Killea limited liability company act.

3. Name the agent for service of process and check the appropriate provision below:

   TERRY J. MOLLICA _____ which is

   [X] an individual residing in California. Proceed to item 4.

   [ ] a corporation which has filed a certificate pursuant to section 1505. Proceed to item 5.

4. If an individual, California address of the agent for service of process:
   Address: AFTER & HADDEN, 201 CALIFORNIA STREET, 14 TH FLOOR, SAN FRANCISCO, CA 94111
   City: _____  State: CA  Zip Code: _____

5. The limited liability company will be managed by: **(check one)**

   [X] **one manager**          [ ] **more than one manager**          [ ] **limited liability company members**

6. Other matters to be included in this certificate may be set forth on separate attached pages and are made a part of this certificate. Other matters may include the latest date on which the limited liability company is to dissolve.

7. Number of pages attached, if any.

Type of business of the limited liability company.
WHOLESALE AND RETAIL HOME FURNISHINGS

---

DECLARATION: It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

*[signature]*                                    MOHAMAD SAMIEIAN
Signature of Organizer                           Type or Print Name of Organizer

Date

---

SEC/STATE (REV. 1/99)

FORM LLC-1 – FILING FEE $70.00
Approved by Secretary of State



# State of California
## Secretary of State
### Bill Jones

**LIMITED LIABILITY COMPANY – STATEMENT OF INFORMATION**

**A $10.00 FILING FEE MUST ACCOMPANY THIS FORM.**

**IMPORTANT – Read Instructions On Back Before Completing This Form.**

**FILED**
In the office of the Secretary of State
of the State of California

AUG 09 1999

BILL JONES, Secretary of State

1. LIMITED LIABILITY COMPANY NAME

   MOE'S HOME COLLECTION, LLC

THIS SPACE FOR FILING USE ONLY

2. SECRETARY OF STATE FILE NUMBER: 199913110050
3. JURISDICTION OF FORMATION: CALIFORNIA

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 2360 Granville Street    CITY AND STATE: Vancouver, B.C. Canada    ZIP CODE: VGH3G3

5. STREET ADDRESS IN CALIFORNIA OF OFFICE WHERE RECORDS ARE MAINTAINED (FOR DOMESTIC ONLY): 2141 Williams Street,    CITY: San Leandro, CA 94577    ZIP CODE: CA

LIST THE NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, AND CHIEF EXECUTIVE OFFICER, IF ANY, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER. (CHECK THE APPROPRIATE DESIGNATION). ATTACH ADDITIONAL PAGES IF NECESSARY.

6. NAME: Mohamed Samieian
   ADDRESS: 2360 Granville Street
   CITY: Vancouver, B.C., Canada    STATE:     ZIP CODE: VGH3G3
   [X] MANAGER
   [ ] CHIEF EXECUTIVE OFFICER
   [ ] MEMBER

7. NAME:
   ADDRESS:
   CITY:    STATE:    ZIP CODE:
   [ ] MANAGER
   [ ] CHIEF EXECUTIVE OFFICER
   [ ] MEMBER

8. NAME THE AGENT FOR SERVICE OF PROCESS AND CHECK THE APPROPRIATE PROVISION BELOW:
   Terry J. Mollica _____, WHICH IS
   [X] AN INDIVIDUAL RESIDING IN CALIFORNIA. PROCEED TO ITEM 9.
   [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505. PROCEED TO ITEM 10.

9. STREET ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA: Two Embarcadero Center, 5th Floor,    CITY: San Francisco, CA    ZIP CODE: CA 94111

10. DESCRIBE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: Wholesale & Retail Home Furnishings

11. NUMBER OF PAGES ATTACHED, IF ANY. -0-

12. I DECLARE THAT THIS STATEMENT IS TRUE, CORRECT AND COMPLETE.

    _____ SIGNATURE OF INDIVIDUAL AUTHORIZED TO SIGN    DATE: 8/5/99
    Arter & Hadden
    By Terry J. Mollica, Esq.
    As Attorney In Fact
    TYPE OR PRINT NAME AND TITLE OF PERSON SIGNING

DUE DATE: 8/12/99

SEC/STATE FORM LP5/LLC-12 (Rev. 8/1998)



# State of California
## Bill Jones
### Secretary of State

**LIMITED LIABILITY COMPANY – STATEMENT OF INFORMATION RENEWAL**

Filing Fee - Please see information section

**IMPORTANT – Read Instructions Before Completing This Form**

1. DO NOT ALTER PREPRINTED NAME. IF ITEM 1 IS BLANK, PLEASE ENTER LIMITED LIABILITY COMPANY NAME.

   MOE'S HOME COLLECTION, LLC
   2360 GRANVILLE ST VANCOUVER
   BC CANADA VGH3G3 YY 99999

FILED
in the office ...
... California

OCT 0 5 2001

BILL JONES, Secretary of State

This Space For Filing Use Only

[ ] IF THERE HAS BEEN NO CHANGE IN THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION ON FILE WITH THE CALIFORNIA SECRETARY OF STATE, CHECK THE BOX AND PROCEED TO ITEM 12.

2. SECRETARY OF STATE FILE NUMBER: **199913110050**
3. JURISDICTION OF FORMATION: **CA**

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 1099 Essex Avenue, 1st Floor | CITY AND STATE: Richmond, CA | ZIP CODE: 94801

5. STREET ADDRESS IN CALIFORNIA OF OFFICE WHERE RECORDS ARE MAINTAINED (FOR DOMESTIC ONLY): 1099 Essex Avenue, 1st Floor | CITY: Richmond, CA | CA | ZIP CODE: 94801

6. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS:
   [X] AN INDIVIDUAL RESIDING IN CALIFORNIA.
   [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505 OF THE CALIFORNIA CORPORATIONS CODE.

   AGENT'S NAME: Moehamed Samieian  1099 Essex Avenue, 1st Floor, Richmond CA 94801

7. ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 1099 Essex Avenue, 1st Floor | CITY: Richmond | CA | ZIP CODE: 94801

8. DESCRIBE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY.
   Wholesale Sales of Furniture

LIST THE NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER AND CHIEF EXECUTIVE OFFICER (CEO), IF ANY. (CHECK THE APPROPRIATE DESIGNATION). ATTACH ADDITIONAL PAGES IF NECESSARY.

9. NAME: Mohamed Samieian  [X] MANAGER
   ADDRESS: 2360 Granville Street  [ ] MEMBER
   CITY: Vancouver  BC  STATE: Canada  ZIP: YGH3Ge  [ ] CEO, IF ANY

10. NAME:  [ ] MANAGER
    ADDRESS:  [ ] MEMBER
    CITY:  STATE:  ZIP:  [ ] CEO, IF ANY

11. NUMBER OF PAGES ATTACHED, IF ANY.

12. I DECLARE THAT THIS STATEMENT IS TRUE, CORRECT, AND COMPLETE.

SIGNATURE OF INDIVIDUAL AUTHORIZED TO SIGN     DATE: 9/20/01

Moehamed Samieian, Manager
TYPE OR PRINT NAME AND TITLE OF PERSON SIGNING

64

**DUE DATE: 05/07/2001**

/STATE-FORM LLC-12R (REV. 11/99)



# State of California
# Kevin Shelley
# Secretary of State

**LIMITED LIABILITY COMPANY – STATEMENT OF INFORMATION**
Filing Fee $20.00 – If Amendment, See Instructions

**IMPORTANT-** Read Instructions Before Completing This Form

**FILED**
In the office of the Secretary of State
of the State of California

APR 0 3 2003

KEVIN SHELLEY, SECRETARY OF STATE

1. LIMITED LIABILITY COMPANY NAME (Do not alter if name is preprinted.)

   MCE'S HOME COLLECTION, LLC
   1099 ESSEX AVENUE 1ST FLOOR
   RICHMOND CA 94801

   2354

   This Space For Filing Use Only

☒ IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION ON FILE WITH THE CALIFORNIA SECRETARY OF STATE, CHECK THE BOX AND PROCEED TO ITEM 12.

2. SECRETARY OF STATE FILE NUMBER: **199913110050**
3. STATE OR PLACE OF ORGANIZATION: **CA**

4. PRINCIPAL EXECUTIVE OFFICE
   STREET ADDRESS
   CITY                    STATE        ZIP CODE

5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (FOR DOMESTIC ONLY)
   STREET ADDRESS
   CITY                    STATE  CA    ZIP CODE

6. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS
   [ ]  AN INDIVIDUAL RESIDING IN CALIFORNIA.
   [ ]  A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505
   AGENT'S NAME: _____

7. ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL
   ADDRESS
   CITY                    STATE  CA    ZIP CODE

8. DESCRIBE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY.

9. LIST THE NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER. ATTACH ADDITIONAL PAGES, IF NECESSARY.

   NAME
   ADDRESS
   CITY                    STATE        ZIP CODE

   NAME
   ADDRESS
   CITY                    STATE        ZIP CODE

   NAME
   ADDRESS
   CITY                    STATE        ZIP CODE

10. CHIEF EXECUTIVE OFFICER (CEO), IF ANY:
    NAME
    ADDRESS
    CITY                   STATE        ZIP CODE

11. NUMBER OF PAGES ATTACHED, IF ANY:

12. THIS STATEMENT IS TRUE, CORRECT, AND COMPLETE.

    AVE NELSEN                    Anne Nelsen        Accountant      2/11/03
    TYPE OR PRINT NAME OF PERSON COMPLETING FORM    SIGNATURE    TITLE    DATE

DUE DATE: 05/31/2003

SEC/STATE FORM LLC-12R (REV. 01/03/03)                    APPROVED BY SECRETARY OF STATE



# State of California
## Kevin Shelley
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED** In the office of the Secretary of State of the State of California

MAY 2 5 2005

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

199913110050
MOE'S HOME COLLECTION, LLC
1099 ESSEX AVENUE 1ST FLOOR
RICHMOND CA 94801

This Space For Filing Use Only

**DUE DATE:** 05/31/2005

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 199913110050 | CA |

**NO CHANGE STATEMENT**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4 | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | |
| 5 | CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE CA / ZIP CODE |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

Sara Samieian | _signature_ | Assistant Manager | 5/18/05
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE

LLC-12R (REV 09/2004)

APPROVED BY SECRETARY OF STATE

!237



## State of California
### Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

20

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

199913110050
MOE'S HOME COLLECTION, LLC
1099 ESSEX AVENUE 1ST FLOOR
RICHMOND CA  94801

L

**FILED**
In the office of the Secretary of State
of the State of California

MAY 2 3 2007

This Space For Filing Use Only

DUE DATE:  05/31/2007

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER
199913110050

3. STATE OR PLACE OF ORGANIZATION
CA

**NO CHANGE STATEMENT**

☒ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4 | | | |
| 5 | CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE  ZIP CODE |
| | | | CA |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6 | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7 | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 8 | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

| ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE  ZIP CODE |
|---|---|---|
| | | CA |

**TYPE OF BUSINESS**

DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |
|---|---|---|---|

LLC-12R (REV 07/2006)

APPROVED BY SECRETARY OF STATE

**Exhibit "C"**



COLLECTION   ABOUT US   NEWS   SHOWROOM LOCATIONS   CUSTOMER SERVICE   CONTAINER PROGRAM

# News

### Thinking Outside The Container



2008-04-07

Thinking outside the container
By Susan Dickenson -- Home Accents Today, 4/1/2008
To know Moe's Home Collection is to know its president and CEO Moe Samieian: a relaxed blend of modernity, elegance and savoir faire, spiced with a few surprises and a good dose of color. The same description might also apply to the Moetini, a concoction that has become such a popular showroom staple, a full-time Moetini server is hired to shake and stir at each market, though the recipe is a tightly guarded company secret.

The Moetini bar is just one of the fixtures that contribute to Moe's "relax, welcome home" philosophy, a lifestyle Samieian not only markets but enjoys himself. "It's about creating a friendly atmosphere for people to come home to at the end of the day -- where they can relax and feel comfortable putting their feet up on the coffee table," he said.

It's a philosophy that has worked for him ever since 1985 when he got his start in the rug business. "My rugs were different than anybody else's. Persian rugs have such intricate designs, so I said look, people are tired when they come home after a day of work. These rugs will make their heads spin. Give them something to calm and relax them -- simpler designs. And that was successful for me."

Samieian's start in the rug business followed unsuccessful attempts to find work in the recession-era early '80s. "I graduated with a degree in electrical engineering in 1981, sent out hundreds of resumes and got a lot of thank yous," he said. "I thought, well I've got easy access to rugs and a pretty fair business mind so let's do that." Six years later, he began to add home accents and furniture.

He also added a couple of family members. Samieian's children, Sara and Moe Jr., have become very familiar faces in the showrooms, where they've helped out for years. After graduating with degrees in accounting and finance from the University of British Columbia in Vancouver, both expressed an interest in joining their dad's business. Now, says Samieian, they're the driving force of his company, an international operation that has expanded beyond its Vancouver headquarters to include showrooms in Atlanta, High Point, San Francisco, Las Vegas, Dallas and Chicago, a warehouse and office facilities in Richmond, Calif., a 250,000-sq.-ft. factory in China, two 30,000-sq.-ft. stores in Vancouver, and a store in Seattle with a second scheduled to open there this spring.

Several years ago, driven by concerns expressed by some of his smaller retail clients, Samieian made some strategic changes that have proven very successful for the company. "They (the retailers) saw the muscle and purchasing power of the bigger stores and said 'Moe, we've been in business 25 years. What can we do to keep them from pushing us out?'"

"So I thought, what can we do to help keep them profitable and in business? I told my children, 'I'm shifting half of the business in the direction of China so these small independent retailers can buy at the same price as the big boxes.'" That led to the company's mixed container program for independent retailers. "Today, a 1,500-sq.-ft. store can come in here and choose a container, fill it up with Moe's products and, if it's in stock, receive it in four to six weeks." The company also offers a custom container build feature on its Web site where customers select one of three container sizes, then browse and select from the product pages to fill the container. A container cart visual lets the customer know how much space is left.

Glenda Ray, who joined the company in September 2007 as Moe's chief operating officer, calls Samieian a visionary, a people person and an out-of-the-box thinker. "Moe can foresee a trend, but he also brings his vision, passion and strength to all of his employees," Ray said. "He'll walk into the Richmond office and people just can't wait to say hi to him. Many of them have been with him since the beginning. They love Moe because he takes care of his people."

He also takes care of himself. Samieian maintains residences in Seattle and China, but Vancouver is home. In Vancouver, he sponsors and plays on a soccer team in a league that he's been affiliated with for more than 25 years. He also likes to relax, put his feet up and spend time with his wife, Faye, in a setting that exemplifies the "simplicity and elegance that is Moe's."

MOE SAMIEIAN
Born/grew up in: Iran

What did you want to be when you were growing up: I thought of being everything except this. I never thought I'd be who I am today.

Earned first paycheck: doing odd jobs during summer breaks

What are you reading: Pour Your Heart into It, the story of Starbuck's CEO

Three words that best describe you: passionate, sensitive, honest

I wish I knew: everything my children know today, back when I was their age

Secret Indulgence: Moetinis


**Profit Maker**

