1  STEPHEN M. HAYES (SBN 83583)
   **HAYES DAVIS BONINO ELLINGSON**
2  **McLAY & SCOTT, LLP**
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5

   ROBERT S. McLAY (SBN 176661)
6  CHERIE M. SUTHERLAND (SBN 217992)
   **HAYES DAVIS BONINO ELLINGSON**
7  **McLAY & SCOTT, LLP**
   770 L Street, Suite 950
8  Sacramento, California 95814
   Telephone: 916.449.3958
9  Facsimile: 916.449.8256

10
   Attorney for Defendants
11 RICHARD STORELEE and STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY (erroneously sued as STATE FARM
12 INSURANCE, INC.)

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE SAMIEIAN, an individual; and MOE'S HOME COLLECTION, LLC, a California limited liability company, | CASE No. 3:08-CV-03918-BZ |
| | [State Court Action: 08397801] |
| Plaintiffs, | |
| vs. | **STATE FARM'S STIPULATION IN SUPPORT OF MOTION TO DISMISS DEFENDANT RICHARD STORELEE** |
| RICHARD STORELEE, an individual; STATE FARM INSURANCE, INC., a foreign insurance company; and DOES 1 TO 10, inclusive, | Date: October 8, 2008<br>Time: 10:00 a.m.<br>Ctrm: Courtroom G, 15th Floor<br>Judge: Hon. Bernard Zimmerman |
| Defendants. | |

State Farm Mutual Automobile Insurance Company ("State Farm") hereby stipulates that all acts of Richard Storelee complained of in *Moe Samieian, Moe's Home Collection, LLC v. Richard Storelee and State Farm Insurance, Inc., and Does 1 to 10*, (County of Alameda, Case No. 08397801) were done in the course and scope of the agency relationship between Richard Storelee and State Farm. State Farm further agrees to defend, indemnify and hold Richard Storelee harmless

1 | from and against any and all liability in this matter.

3 | Dated: August 14, 2008

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By /S/ ROBERT S. McLAY
   STEPHEN M. HAYES
   ROBERT S. McLAY
   CHERIE M. SUTHERLAND
   Attorney for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and RICHARD STORELEE

STATE FARM'S STIPULATION IN SUPPORT OF MOTION TO DISMISS DEFENDANT RICHARD STORELEE