## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING

Clerk of the Court

(415) 522-2015

August 20, 2008

To:

**Christine Hiler**

**Alexander J. Berline**
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco , CA 94105

**Robert Stewart McLay**

**Cherie M. Sutherland**

**Stephen M. Hayes**
Hayes Davis Bonino Ellingson McLay & Scott, LLP
770 L Street, Suite 950
Sacramento , CA 95814


Re: Moe Samieian, et al. v. Richard Storelee, et al.

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for October 8, 2008 at 10:00a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:    Simone Voltz
Courtroom Deputy