| | |
|---|---|
| 1 | STEPHEN M. HAYES (SBN 83583) |
|   | **HAYES DAVIS BONINO ELLINGSON** |
| 2 | **McLAY & SCOTT, LLP** |
|   | 203 Redwood Shores Parkway, Suite 480 |
| 3 | Redwood Shores, California 94065 |
|   | Telephone: 650.637.9100 |
| 4 | Facsimile: 650.637.8071 |
| 5 | |
|   | ROBERT S. McLAY (SBN 176661) |
| 6 | CHERIE M. SUTHERLAND (SBN 217992) |
|   | **HAYES DAVIS BONINO ELLINGSON** |
| 7 | **McLAY & SCOTT, LLP** |
|   | 770 L Street, Suite 950 |
| 8 | Sacramento, California 95814 |
|   | Telephone: 916.449.3958 |
| 9 | Facsimile: 916.449.8256 |
| 10 | |
|   | Attorney for Defendants |
| 11 | RICHARD STORELEE and STATE FARM MUTUAL AUTOMOBILE |
|   | INSURANCE COMPANY (erroneously sued as STATE FARM |
| 12 | INSURANCE, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE SAMIEIAN, an individual; and MOE'S HOME COLLECTION, LLC, a California limited liability company, | CASE No. C-08-03918-BZ |
| | [State Court Action: 08397801] |
| Plaintiffs, | |
| vs. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| RICHARD STORELEE, an individual; STATE FARM INSURANCE, INC., a foreign insurance company; and DOES 1 TO 10, inclusive, | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a United
3  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
4  a United States District Judge.

5  Dated: August 25, 2008        HAYES DAVIS BONINO ELLINGSON McLAY &
                                  SCOTT, LLP
6

7

8                                  By_____
                                   STEPHEN M. HAYES
9                                  ROBERT S. McLAY
                                   CHERIE M. SUTHERLAND
10                                 Attorney for Defendant
                                   STATE FARM MUTUAL AUTOMOBILE
11                                 INSURANCE COMPANY and RICHARD
                                   STORELEE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28