**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 26, 2008**

**CASE NUMBER:  CV 08-03918 BZ**
**CASE TITLE:  MOESAMIEIAN-v-RICHARD STORELEE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/26/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                   Entered in Computer 8/26/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA