1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE - 158098
2  aberline@hansonbridgett.com
   CHRISTINE HILER - 245331
3  chiler@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Plaintiffs
   MOE SAMIEIAN, an individual; and
7  MOE'S HOME COLLECTION, LLC, a
   California limited liability company
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MOE SAMIEIAN, an individual; and         | Case No. C08-03918 SI
   | MOE'S HOME COLLECTION, LLC, a
13 | California limited liability company,    | [State Court Action No. 08397801]

14 |         Plaintiffs,                      | **DEMAND FOR JURY TRIAL**

15 |    v.                                    | Action Filed:     July 11, 2008

16 | RICHARD STORELEE, an individual;
   | STATE FARM INSURANCE, INC., a
17 | foreign insurance company; and
   | DOES 1 TO 10, inclusive,
18
   |         Defendants.
19

20

21

22

23

24

25

26

27

28

- 1 -

DEMAND FOR JURY TRIAL                                                    1594506.1

1 | MOE SAMIEIAN and MOE'S HOME COLLECTION, LLC, hereby demand a trial by jury as provided by Rule 38, subdivision (a), of the Federal Rules of Civil Procedure.

DATED: August 28, 2008

HANSON BRIDGETT LLP

By: /s/ Christine Hiler
ALEXANDER J. BERLINE
CHRISTINE HILER
Attorneys for Plaintiffs
MOE SAMIEIAN, an individual; and
MOE'S HOME COLLECTION, LLC, a
California limited liability company

- 2 -