IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOESAMIEIAN,  No. C 08-03918SI

    Plaintiff,  **NOTICE**

v.

RICHARD STORELEE,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, November 14, 2008, at 9:00 a.m.

Dated: September 4, 2008  RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk